Nicholas Strozza
Assistant United States Trustee
State Bar # CA 117234
*Nick.Strozza@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 235
Facsimile: (702) 388-6658

Attorneys for the United States Trustee
    TRACY HOPE DAVIS

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**ELIZA E. FELIX**<br><br>Debtor(s). | Case No. **BK-S-16-13165-ABL**<br>Chapter 7<br><br>Date: N/A<br>Place: N/A<br>Time: N/A |

### APPOINTMENT OF BRIAN SHAPIRO AS SUCCESSOR TRUSTEE AND DESIGNATION OF BOND

    Pursuant to 11 U.S.C. § 703 and upon the death of trustee Victoria Nelson, the United States Trustee hereby appoints **Brian Shapiro** to serve as successor trustee in the case identified in the caption above. The blanket bond for Chapter 7 trustees, previously on file with the Court, is designated as the required bond for this case. By the filing of this appointment, **Victoria Nelson** is terminated as the trustee in this case.

    Dated: January 19, 2018

                              Respectfully Submitted,
                              TRACY HOPE DAVIS
                              THE UNITED STATES TRUSTEE

                              By: */s/ Nicholas Strozza*
                                  Nicholas Strozza
                                  Assistant United States Trustee