**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV  89101
(702) 386-8600 Fax (702) 383-0994
trustee@trusteeshapiro.com

E-Filed: March 22, 2018

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re<br><br>FELIX, ELZA E,<br><br>Debtor(s). | Case No. BK-S-16-13165 LED<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>TRUSTEE'S REPORT OF SALE OF REAL PROPERTY<br><br>Date:  N/A<br>Time:  N/A |
|---|---|

BRIAN D. SHAPIRO, Trustee of the above-entitled bankruptcy estate, reports the sale of Real Property located at 3117 Porter Avenue, El Paso TX, 79930, as shown on the Settlement Statement, attached hereto.

The Trustee received a net total of $58,181.84 from the sale (shown as the Bankruptcy Estate Fee). The sale was held pursuant to an Order of this Court entered on August 23, 2017 Doc. 34.

Dated: March 22, 2018

BRIAN D. SHAPIRO, TRUSTEE

# EXHIBIT 1

# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | 2/1/2018 |
| Closing Date | 2/7/2018 |
| Disbursement Date | 2/7/2018 |
| Settlement Agent | Titleology, Inc |
| File # | 170863 |
| Property | LOT 6 & 7, BLOCK 13, of Grandview, in El Paso County, TX |
| | 3117 PORTER AVENUE |
| | EL PASO, TX 79930 |
| Sale Price | $68,000.00 |

## Transaction Information

| | |
|---|---|
| Borrower | YOMARA AMAYDELY MENDEZ and MAURO CHAVEZ LOPEZ |
| | 3117 Porter Ave |
| | El Paso, TX 79930 |
| Seller | BRIAN SHAPIRO, BK TRUSTEE FOR THE ESTATE OF ELSA FELIX |
| | 1180 N Town Gr. |
| | Las Vegas, NV 89144 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| | | |
|---|---|---|
| **Due to Seller at Closing** | | **$68,000.00** |
| 01 | Sale Price of Property | $68,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 | City property taxes | |
| 10 | County property taxes | |
| 11 | Assessment Taxes | |
| 12 | School property taxes | |
| 13 | MUDTaxes | |
| 14 | HOA Dues | |
| 15 | | |
| 16 | | |
| **Due from Seller at Closing** | | **$68,000.00** |
| 01 | Excess Deposit | |
| 02 | Closing Costs Paid at Closing (J) | $66,622.18 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | PAYOFF TO CHASE BANK to JP MORGAN CHASE BANK N.A. | $693.61 |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | Adjustment for Owner's Policy Paid by Seller | $485.00 |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 | City property taxes | |
| 15 | County property taxes 1/1/2018 thru 2/7/2018 | $199.21 |
| 16 | Assessment Taxes | |
| 17 | School property taxes | |
| 18 | MUDTaxes | |
| 19 | HOA Dues | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing | $68,000.00 |
| Total Due from Seller at Closing | -$68,000.00 |
| Cash ☐ From ☒ To Seller | $0.00 |

## Contact Information

### REAL ESTATE BROKER (B)

| | |
|---|---|
| Name | SUCCESS REALTY |
| Address | 10600 MONTWOOD DRIVE |
| | EL PASO, TX 79925 |
| TX License ID | 591413 |
| Contact | ROSALINDA MEDINA |
| Contact TX License ID | 0444904 |
| Email | ROSALINDAMEDINA915@GMAIL.COM |
| Phone | 915-494-3293 |

### REAL ESTATE BROKER (S)

| | |
|---|---|
| Name | APPLE REALTY |
| Address | 11930 Vista Del Sol Suite B |
| | EL PASO, TX 79936 |
| TX License ID | 383751 |
| Contact | JOSE MEZA |
| Contact TX License ID | 525131 |
| Email | ONEDREAMLLC@YMAIL.COM |
| Phone | 915-549-2159 |

### SETTLEMENT AGENT

| | |
|---|---|
| Name | Titleology, Inc |
| Address | 4151 Southwest Freeway, # 680 |
| | Houston, TX 77027 |
| TX License ID | TX1880151-694798 |
| Contact | David William Barry |
| Contact TX License ID | TX1313975 |
| Email | dwbarry@barryandsewart.com |
| Phone | 713-722-0281 |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

## Closing Cost Details

| Loan Costs | | | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|---|---|
| **A. Origination Charges** | | | | |
| 01 0% of Loan Amount (Points) | to | | | |
| 02 Lender Attorney Fee | to | SALLOUM LAW FIRM, P.C. | | |
| 03 Loan Broker Fee | to | ACALA INVESTMENTS, LLC | | |
| 04 Wire Fee | to | Kaplan's Mortgage Company, LLC | | |
| **B. Services Borrower Did Not Shop For** | | | $1,480.45 | |
| 01 Appraisal Fee | to | APPRAISERVENDOR.COM | | |
| 02 Credit Report Fee | to | ACALA INVESTMENTS, LLC | | |
| 03 Title - Attorney Fee | to | Barry & Sewart PLLC | $125.00 | |
| 04 Title - Copy Fee | to | Titleology, Inc. | $36.00 | |
| 05 Title - E-Record Fees | to | Titleology, Inc. | | |
| 06 Title - Environmental Protection Lien | to | Titleology, Inc. | | |
| 07 Title - Escrow Closing Fee | to | Titleology, Inc. | $450.00 | |
| 08 Title - Fed Ex Charges | to | Titleology, Inc. | $16.00 | |
| 09 Title - Guaranty Fees | to | TTGIA | $4.50 | |
| 10 Title - Lender's Title Insurance | to | Titleology, Inc. | | |
| 11 Title - Not yet due/payable (MTP & BIN | to | Titleology, Inc. | | |
| 12 Title - Notary Fee | to | Titleology, Inc. | | |
| 13 Title - Owner's Title Insurance | to | Titleology, Inc. | $164.00 | |
| 14 Title - Survey Fee | to | LAND MARK PROFESSIONAL SURVEYING, INC. | $579.14 | |
| 15 Title - T19 Res. Endorsement | to | Titleology, Inc. | | |
| 16 Title - T1R Survey Amendment | to | Titleology, Inc. | $32.45 | |
| 17 Title - Tax Certificate Fee | to | DataTrace | $45.36 | |
| 18 Title - Tax deletion (MTP & BINDER ONL | to | Titleology, Inc. | | |
| 19 Title - Wire Fee | to | Titleology, Inc. | $28.00 | |

**C. Services Borrower Did Shop For**

## Other Costs

### E. Taxes and Other Government Fees

| | | | | | |
|---|---|---|---|---|---|
| 01 | Recording Fees | Deed: $34.00  Mortgage: $58.00 | | | |
| | | to Titleology, Inc. | | | |
| 02 | Transfer Tax | to | | | |

### F. Prepaids

| | | | | | |
|---|---|---|---|---|---|
| 01 | Homeowner's Insurance Premium (12 mo.) | to 1ST TRUST INSURANCE | | | |
| 02 | Mortgage Insurance Premium ( mo.) | to | | | |
| 03 | Prepaid Interest ( per day from to ) | to Kaplan's Mortgage Company, LLC | | | |
| 04 | Property Taxes ( mo.) | to | | | |

### G. Initial Escrow Payment at Closing to Kaplan's Mortgage Company, LLC

| | | | | |
|---|---|---|---|---|
| 01 | Homeowner's Insurance | $49.65 per month for 2 | mo. | |
| 02 | Mortgage Insurance | per month for | mo. | |
| 03 | Property Taxes | $159.46 per month for 4 | mo. | |
| 04 | Assessment Taxes | per month for | mo. | |
| 05 | City Property Taxes | per month for 2 | mo. | |
| 06 | County Property Taxes | per month for | mo. | |
| 07 | MUD Taxes | per month for | mo. | |
| 08 | Other Taxes | per month for | mo. | |
| 09 | School Property Taxes | per month for | mo. | |
| 10 | HOA Dues | per month for | mo. | |
| 11 | Aggregate Adjustment | | | |

### H. Other     $65,141.73

| | | | | |
|---|---|---|---|---|
| 01 | 2017 & 2016 COUNTY TAX #G686-999-0130-2500 | to EL PASO COUNTY | $5,015.34 | |
| 02 | BANKRUPTCY ESTATE FEE | to Bankruptcy Trustee | $58,181.84 | |
| 03 | COMMISSION APPROVED BY COURT ORDER | to BK Global Real Estate Services | $523.19 | |
| 04 | COMMISSION- LISTING AGENT | to APPLE REALTY | $523.18 | |
| 05 | COMMISSION- SELLING AGENT | to SUCCESS REALTY | $523.18 | |
| 06 | HOME WARRANTY | to Old Republic Home Protection | $375.00 | |

### J. TOTAL CLOSING COSTS     $66,622.18

_[signature]_ Trustee
**BRIAN SHAPIRO, BK TRUSTEE FOR THE ESTATE OF
ELSA FELIX**